H. T. Darling & Company, Inc., Respondent, *v.* Bowman-Biltmore Hotels Corporation, Appellant.

(Argued October 16, 1934; decided November 20, 1934.)

*Bertram L. Kraus* and *M. Claiborne Mebel* for appellant.
*Alexander U. Zinke, Charles W. Silver* and *L. Zinke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, O'Brien, Hubbs, Crouch and Loughran, JJ. Not sitting: Lehman, J.